UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ASYA SYKES, an individual,

    Plaintiff,

v().                                            Case No.:   2:24-cv-625-SPC-KCD

FITNESS INTERNATIONAL, LLC,

    Defendant.
_____/

## ORDER

Before the Court is a Joint Stipulation to Submit to Binding Arbitration and Stay the Lawsuit Pending Arbitration. (Doc. 9.) The parties agree that this employment case should go to arbitration.

Accordingly, the Joint Stipulation to Submit to Binding Arbitration and Stay the Lawsuit Pending Arbitration (Doc. 9) is **GRANTED**. The parties are directed to arbitrate this case promptly—in accordance with their agreement. **The clerk is directed to add a stay flag to the docket and administratively close the case**. This case will remain **STAYED** until the parties advise the court that (1) arbitration has been completed and (2) the stay should be lifted, or the case should be dismissed. The parties must notify the court of such matters **within seven (7) days** of the arbitration concluding. The parties are otherwise directed to file a joint report on the status of

arbitration **on November 18, 2024**, and **every ninety (90) days after** until arbitration concludes.

    **ORDERED** in Fort Myers, Florida on August 19, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record